## Case No. 2,646.

CHESAPEAKE & O. CANAL CO. v. BRADLEY et al.

[4 Cranch, C. C. 193.][1]

Circuit Court, District of Columbia. Dec. Term, 1831.

SERVICE ON SUNDAY.

A notice cannot lawfully be served on Sunday.

This was a motion for judgment for an installment on a joint subscription by the defendants, in the handwriting of Mr. Bradley, for one hundred shares. The ten days' notice, required by the fifth section of the charter, was served on Mr. Carroll on Sunday. Upon that ground the motion was overruled by the court, although the parties had appeared according to the notice. Roberts v. Monkhouse, 8 East, 547; Rex. v. Croke, Cowp. 26.

Mr. Wallach and Mr. Jones, for plaintiffs.
Mr. Tabbs and Mr. Coxe, for defendants.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]